Entered on Docket
December 07, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Citibank, N.A., as Trustee for Bear Stearns Asset Backed Securities I Trust 2006-HE4, Asset-Backed Certificates, Series 2006-HE4, by its Attorney in fact Wells Fargo Bank, N.A.
10-73937

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 09-11443-lbr |
|---|---|
| Rizalina Smith aka Riza Smith | Date: 11/17/2010<br>Time: 10:30 am |
| | Chapter 13 |
| Debtor | |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is vacated and extinguished for all purposes as to Secured

1  Creditor Citibank, N.A., as Trustee for Bear Stearns Asset Backed Securities I Trust 2006-HE4, Asset-
2  Backed Certificates, Series 2006-HE4, by its Attorney in fact Wells Fargo Bank, N.A., its assignees
3  and/or successors in interest, of the subject property, generally described as 6050 Daisy Run Court, Las
4  Vegas, NV 89120.
5      IT IS FURTHER ORDERED ADJUDGED AND DECREED that the Debtor must vacate the
6  subject property on or before by February 1, 2011.
7      IT IS FURTHER ORDERED ADJUDGED AND DECREED that Secured Creditor may remit
8  for judges signature a Writ of Restitution on or after February 2, 2011 should debtor fail to vacate
9  subject property as ordered by the court.
10 Submitted by:
11 **WILDE & ASSOCIATES**
12 By: _____
13 Gregory L. Wilde, Esq.
   Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
Edward S. Coleman
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
Rick A. Yarnall
Chapter 13 Trustee

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_  The court has waived the requirements set forth in LR 9021(b)(1).

\_\_\_\_  No party appeared at the hearing or filed an objection to the motion.

__X__  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

\_\_\_\_  approved the form of this order            \_\_\_\_  disapproved the form of this order

\_\_\_\_  waived the right to review the order and/or       __X__  failed to respond to the document

\_\_\_\_  appeared at the hearing, waived the right to review the order

\_\_\_\_  matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_  approved the form of this order            \_\_\_\_  disapproved the form of this order

\_\_\_\_  waived the right to review the order and/or       __X__  failed to respond to the document

\_\_\_\_  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor